IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LANEY, TRACY,                )
                             )
        Plaintiff,           )
                             )       CIVIL ACTION NO.
        v.                   )         2:17cv81-MHT
                             )            (WO)
DYVIS, INC.,                 )
                             )
        Defendant.           )
```

OPINION

Plaintiff failed to perfect service on defendant within 90 days after filing of the complaint, which was required by Federal Rule of Civil Procedure 4. Plaintiff then failed to respond to the order of the United States Magistrate Judge (doc. no. 4) to show good cause before May 30, 2017, for failing to comply with Rule 4. Accordingly, the court concludes that plaintiff has abandoned this lawsuit, and that dismissal of the case is appropriate.

An appropriate judgment will be entered.

DONE, this the 8th day of June, 2017.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE